UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| v. | : | |
| **STEVE SOLLERA,** | : | VIOLATIONS: |
| Defendant. | : | (18 U.S.C. §§2423(b) Interstate Travel to Engage in Illicit Sexual Conduct; 2252A(a)(5)(B) Possession of Child Pornography) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 10, 2014, within the District of Columbia and elsewhere, the defendant, **STEVE SOLLERA,** knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. § 2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States. **(Travel with Intent to Engage in Illicit Sexual Conduct,** in violation of Title 18, United States Code, Section 2423(b)).

## COUNT TWO

On or about between June 5, 2014 and June 10, 2014, in the State of Maryland, the defendant, **STEVE SOLLERA**, did knowingly possess images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items depicted prepubescent minors or minors under the age of twelve years, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.  (**Possession of Child Pornography**, in violation of title 18, United States Code, Section 2252A(a)(5)(B)).

RONALD C. MACHEN JR.
United States Attorney
Bar No. 447889

BY: _/s/_
Ari Redbord
Assistant United States Attorney
D.C. Bar: 476998
555 4th Street, N.W., Room 10-413
Washington, DC 20530
(202) 252-7018
ari.redbord@usdoj.gov